UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL ANGELO SERRATO,<br><br>            Petitioner,<br><br>    v.<br><br>SHERIFF LEROY BACA,<br><br>            Respondent. | Case No. CV 11-5743 ABC (AJW)<br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION OF<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: September 27, 2011

*/s/ Audrey B. Collins*
_____
Audrey B. Collins
United States District Judge