UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MICHAEL ANGELO SERRATO,          )
                                 )
                Petitioner,      )   No. CV 11-5743-ABC (AJW)
                                 )
        vs.                      )
                                 )
SHERIFF LEROY BACA,              )       JUDGMENT
                                 )
                Respondent.      )
_____)


        **It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.


Dated: September 27, 2011

                                 _____
                                 Audrey B. Collins
                                 United States District Judge